**Order entered August 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00517-CR

### EX PARTE ANTHONY TRAVIS BACKUS

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81989-2014**

# ORDER

Appellant's August 9, 2016 motion to permit the filing of additional briefs is **DENIED**.


/s/     ELIZABETH LANG-MIERS
           JUSTICE